EMERGENCY PETITION TO THIS UNITED STATES DISTRICT COURT FROM MARIO GOODHIGH DC#M28779

① CAN'T FILE AN SUCCESSIVE PETITION
② AFTO TO GET PERMISSION FROM THE ELEVENTH CIRCUIT & AFTO GET AUTHORIZATIONS FROM THE ELEVENTH CIRCUIT TO FILE AN FEDERAL STATE HABEAS CORPUS PETITION AND CASES SUE FILED ARE CASE NO: 1:22-CV-23063-AMC & CASE NO 1:22-CV-22911-DMM. CASE NO: 3:22-CV-951-TJC-JBT. CASES NO: 1:12-CV-23418. & 1:12-CV-24305 DLG & 3:17-CV-1229-HES-PDB & 1:18-CV-24270-DLG & CASE# 3:19-CV-1410-HLA-JBT. TO THIS US COURTS PLEASE TRANSFER LETTER AS A PETITION TO THE ELEVENTH CIRCUIT COURT
CASE NO: 3:22-CV-01134-MMH-MCR.

Mario Goodhigh M28779
11-28-2022

WING # J-1122 SINGLE

(CC#: F05036378)

**COUNT 1**

MARIO D GODHIGH , on or about November 22, 2005, in the County and State aforesaid, did unlawfully and feloniously have in his or her actual or constructive possession a CONTROLLED SUBSTANCE, to wit: HEROIN, , in violation of s. 893.13(6)(a), Fla. Stat., contrary to the form of the Statute in such cases made and provided, and against the peace and dignity of the State of Florida.

138