UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO GODHIGH,

    Petitioner,

v.    Case No. 3:22-cv-1321-BJD-MCR

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner, an inmate of the Florida penal system, initiated this case by filing a letter (Doc. 1) dated November 28, 2022. In the letter, Petitioner requests this Court forward his letter to the Eleventh Circuit for authorization to file a second or successive habeas petition.

Petitioner is advised that he may not correspond by letter with this Court. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. If Petitioner seeks to challenge a state court judgment of conviction or sentence, he may initiate a habeas corpus case by filing in the appropriate district court. Miami-Dade County is located in the Southern District of

Florida.[1] Also, and likely of more import, if Petitioner wishes to file a second or successive petition for writ of habeas corpus, the Petitioner needs to file an application with the Eleventh Circuit Court of Appeals. See 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."); see also Insignares v. Sec'y, Fla. Dep't of Corr., 755 F.3d 1273, 1278 (11th Cir. 2014) (finding that "[s]ubject to [certain] exceptions[,] . . . a district judge lacks jurisdiction to decide a second or successive petition filed without [the Eleventh Circuit's] authorization"). This Court will not forward documents to other courts on Plaintiff's behalf.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.   This case is **DISMISSED without prejudice**.

2.   The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3.   The **Clerk** shall send Petitioner an Application for Leave to File a Second or Successive Habeas Corpus Petition. If he desires to file a second or

---

[1] The Southern District dismissed Plaintiff's habeas action as an unauthorized second or successive petition. See Case No. 1:22-cv-21826-DPG (S.D. Fla.).

2

successive habeas petition, he may complete the application and file it in the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of December, 2022.

                                          BRIAN J. DAVIS
                                   United States District Judge

caw 12/2
c:
Mario Godhigh, #M28779